UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOYCE PREBUL TEER, | ) |
|     Plaintiff, | ) ) ) Case No. 1:10-CV-251 |
| v. | ) ) Carter/Collier |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security | ) ) ) |
|     Defendant. | ) ) |

## O R D E R

For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 17). Plaintiff's motion for judgment on the pleadings is **GRANTED** (Court File No. 11). Defendant's motion for summary judgment is **DENIED** (Court File No. 15). The Commissioner's decision denying Plaintiff benefits is **REVERSED**, and the case is **REMANDED** to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for an **AWARD** of benefits based on a period of disability commencing March 15, 2001.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**