UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOYCE PREBUL TEER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-CV-251 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On March 6, 2012, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 28). Neither party objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 28). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) (Court File No. 26). The Court awards Plaintiff's counsel $8,956.00 in fees, which represents less than eleven percent of past due benefits, subject to the EAJA offset of $3,792.60 that should be refunded to Plaintiff.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**